652 A.2d 307

**COMMONWEALTH of Pennsylvania, Appellee,**

v.

**Christopher COWAN, Appellant.**

Supreme Court of Pennsylvania.

Submitted Oct. 20, 1994.

Decided Jan. 11, 1995.

Joseph M. Fioravanti, Media, for C. Cowan.

Vram Nedurian, Jr., Newtown Square, and Dennis C. McAndrews, Media, for the Com.

Before NIX, C.J., and FLAHERTY, ZAPPALA, PAPADAKOS, CAPPY, CASTILLE and MONTEMURO, JJ.

## ORDER

PER CURIAM.

Appeal dismissed as having been improvidently granted.

MONTEMURO, J., is sitting by designation.